UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE AUGUST-BJURBERG,

    Plaintiff,

  v.

MARK HANLON,

    Defendant.

Case No.  14-cv-05302-VC (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On December 3, 2014, George August-Bjurberg, a state prisoner incarcerated at the San Mateo County Jail, filed a letter attempting to allege constitutional claims against employees of the jail.  On the same day, the Clerk of the Court sent August-Bjurberg a notice that he had not filed a complaint on the proper form to assert civil rights claims under 42 U.S.C. § 1983 and that he had not submitted an application to proceed In Forma Pauperis ("IFP").  Doc. Nos. 2, 3.  The first notice informed August-Bjurberg that he must submit a complaint on the proper form within twenty-eight days or his case would be dismissed and the file closed.  Doc. No. 2.  The second notice informed August-Bjurberg to either pay the filing fee or file a completed IFP application within twenty-eight days of the date of the notice or his action would be dismissed and the file closed.  Doc. No. 3.  The Clerk mailed August-Bjurberg a blank civil rights complaint, a copy of the Court's IFP application and a return envelope.

More than twenty-eight days have passed and August-Bjurberg has not submitted a completed IFP application or a complaint on the proper form.

Accordingly, it is ordered that this action is dismissed without prejudice.  The Clerk shall terminate all pending motions, and close the file.

IT IS SO ORDERED.

Dated: January 23, 2015

_____
VINCE CHHABRIA
United States District Judge